IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARRY JAMES, REBECCA JAMES, and CHARLES DETTLING, | )<br>)<br>) |
| Plaintiffs, | )<br>) 1:20-cv-00180-JMS-MJD |
| vs. | )<br>) |
| MEI-MGT, INC., | )<br>) |
| Defendant. | ) |

**DEFENDANT MEI-MGT, INC.'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION**

Defendant, MEI-MGT, Inc., by counsel, HOLLINGSWORTH ROBERTS MEANS LLC, pursuant to Fed. R. Civ. P. 12(b)(1), hereby moves to dismiss Plaintiffs' Complaint against MEI-MGT, Inc. for lack of subject-matter jurisdiction. In support of its Motion, MEI-MGT, Inc. submits its Brief, filed contemporaneously herewith, and incorporates the same as if fully set forth herein.

WHEREFORE, Defendant, MEI-MGT, Inc., by counsel, prays the Court dismiss Plaintiffs' Complaint, without prejudice, and provide any and all such other relief as the Court deems just and appropriate in the premises.

Respectfully submitted,

HOLLINGSWORTH ROBERTS MEANS LLC

s/ *Jeffrey D. Roberts*
Jeffrey D. Roberts, Atty 23723-53
12805 E. New Market St., Ste. 300
Carmel, IN 46032
Tel: 317-569-2200
Fax: 317-569-2210
jroberts@hrmlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on March 17, 2020, the foregoing paper was filed electronically with the Clerk of the Court using the Court's Electronic Case Filing (ECF) System. Notice of this filing will be sent to all parties by operation of the ECF system. The following parties may access this filing through the ECF system.

| | |
|---|---|
| Christopher S. Drewry<br>DREWRY SIMMONS VORNEHM, LLP<br>736 Hanover Place, Suite 200<br>Carmel, IN 46032<br>cdrewry@DSVlaw.com | Andrew P. Campbell<br>A. Todd Campbell<br>Yawanna N. McDonald<br>CAMPBELL PARTNERS, LLC<br>505 20th Street N<br>Suite 1600<br>Birmingham, AL 35203<br>andy@Campbellpartnerslaw.com<br>todd@Campbellpartnerslaw.com<br>yawanna@Campbellpartnerslaw.com |

                                                             s/ *Jeffrey D. Roberts*
                                                             Jeffrey D. Roberts

HOLLINGSWORTH ROBERTS MEANS LLC
12805 E. New Market St., Ste. 300
Carmel, IN 46032
Tel: 317-569-2200
Fax: 317-569-2210