IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GARRY JAMES, REBECCA JAMES, and CHARLES DETTLING, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:20-CV-00180-JMS-MJD |
| MEI-MGT, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs, Garry James, Rebecca James, and Charles Dettling, and Defendant MEI-MGT, Inc., by and through their respective counsel, having filed their Joint Stipulation of Dismissal with prejudice, and the Court, being duly advised, now grants said Joint Stipulation [31].

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action and all claims and controversies between the parties be and hereby are dismissed, with prejudice.

Date: 4/6/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by CM/ECF